UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS,<br>Plaintiff,<br>v.<br>ROLANDO ATIENZA,<br>Defendant. | Case No. 2:26-cv-1485-JDP (P)<br>ORDER; FINDINGS AND RECOMMENDATIONS |

Plaintiff, a state prisoner, brought this action on April 9, 2026, and moved to proceed *in forma pauperis* on that same day. ECF Nos. 1 & 2. He is, however, a "three-striker" within the meaning of Title 28 U.S.C. § 1915(g). Plaintiff has had at least three cases dismissed for failure to state a claim upon which relief can be granted. The following cases are strikes:

1. *Harris v. Alameda County, Superior Court*, No. 3:18-cv-3419-WHA, ECF Nos. 3 & 4;

2. *Harris v. Eu*, No. 2:21-cv-0917-KJM-DMC, ECF Nos. 15 & 17;

3. *Harris v. United States of America*, No. 2:22-cv-1970-KJM-JDP, ECF Nos. 14 & 15.

Accordingly, plaintiff is not entitled to proceed *in forma pauperis* unless his complaint alleges he is in imminent danger. It does not. Here, plaintiff alleges that defendant Atienza, a

physician at the California Health Care Facility ("CHCF"), violated his rights by overprescribing him morphine, causing him to develop a dependence. ECF No. 1 at 3. These allegations appear to stem from last November, however, and plaintiff is no longer incarcerated at CHCF. *Id.* at 1-3.

Accordingly, it is ORDERED that the Clerk of Court shall assign a district judge to this action.

Further, it is RECOMMENDED that plaintiff's application to proceed *in forma pauperis*, ECF No. 2, be DENIED and plaintiff be directed to tender the filing fee within thirty days of any order adopting these recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: July 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE