UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS,<br>Plaintiff,<br>v.<br>ROLANDO ATIENZA,<br>Defendant. | Case No. 2:26-cv-1485-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 2, 4) |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 4. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 20, 2026, ECF No. 4, are ADOPTED;
2. Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is DENIED;

3. Plaintiff is directed to tender the filing fee of $405 dollars, within thirty days of the date of entry of this order, in order to proceed with this action;
4. Plaintiff is warned that his failure to pay the filing fee as required will result in dismissal of this action; and
5. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 24, 2026**

Dena Coggins
United States District Judge