UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS, Plaintiff, v. ROLANDO ATIENZA, Defendant. | Case No. 2:26-cv-1485-DC-JDP (PC)<br><br>ORDER DISMISSING CASE |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2026, the court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikers litigant within the meaning of 28 U.S.C. § 1915(g). ECF No. 5. Plaintiff was granted thirty days in which to pay the $405 filing fee for this action and warned that failure to timely submit the fee would result in dismissal of this action. *Id.* Plaintiff has not paid the filing fee, and the allotted time has passed.

Accordingly, it is hereby ORDERED that:

1. This action is dismissed without prejudice due to Plaintiff's failure to pay the filing fee; and

/////

2. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **October 20, 2026**

Dena Coggins
United States District Judge